**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS (Check box if you are representing yourself ☐) |
|---|---|
| (SEE ATTACHMENT) | Chiquita Canyon, LLC, a Delaware Limited Liability Company; Waste Connections of California, a California Corporation; Chiquita Canyon, Inc., a Delaware Corporation; Waste Connections US, Inc., a Delaware Corporation; and DOES 1-150, inclusive, |
| (b) County of Residence of First Listed Plaintiff  Los Angeles, CA  (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  Los Angeles, CA  (IN U.S. PLAINTIFF CASES ONLY) |
| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.  Francis S. Ryu, Esq., SB#176597  RYU LAW FIRM  915 Wilshire Boulevard, Suite 1775  Los Angeles, California 90017 | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ unspecified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332. Plaintiffs brought this action under California state law alleging negligence, negligence per se, strict liability for ultrahazardous activities, continuing private nuisance, continuing private nuisance, permanent private nuisance, continuing public nuisance, permanent public nuisance, and trespass.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☒ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | **SOCIAL SECURITY** |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**  Case Number:

| CV-71 (06/24) | CIVIL COVER SHEET | Page 1 of 3 |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?   ☐ NO   ☒ YES

If yes, list case number(s):   2:24-cv-02444-MEMF-MAR

If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.

Civil cases are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF:** Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?   ☐ NO   ☐ YES

If yes, see Local Rule 83-11 for additional requirements.

**XI. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 11/04/2024

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

## ATTACHMENT

1. **(a) PLAINTIFFS**
   JANE CHUN-WON YANG an individual, EDDIE YANG an individual, MATTHEW YANG an individual, ANA I MARTINEZ an individual, JULIO MARTINEZ an individual, MELVIN MARTINEZ an individual, AUSTIN J KIM an individual, SOL JOO an individual, CASSIE KIM an individual, KAYLEEN KIM a minor, SYDNEY KIM a minor, BOK JOO LEE an individual, KYOUNG HWA LEE an individual, DONG WOOK LEE an individual, AILEEN LEE an individual, CHRISTINE LEE an individual, BONGSUK LEE an individual, MINJEONG an individual, JOOHWAN LEE a minor, JOOEUN LEE a minor, EUN PIL LEE an individual, CHIHO HA an individual, WON HA a minor, GRACE HA a minor, HEEJEONG PARK, an individual, CHONGPOK KANG an individual, CHOOMEE KIM an individual, BYUNG HAN an individual, DARLENE HAN a minor, ARMIN HAN a minor, CHRIS NAM an individual, JEONG NAM an individual, KAYLA NAM a minor, KEVIN NAM a minor, CHRISTINE PAK CHO an individual, CHARLES CHO an individual, CURTIS CHO a minor, BENEDICT CHO an individual, CHRISTOPHER JOSEPH LYNCH an individual, ISHA REYNOLDS an individual, DAE GUN KIM an individual, SUNGMIN KIM an individual, HANSOO KIM an individual, JISOO KIM an individual, DANIEL DAEDUK KONG an individual, VIVIAN KONG an individual, DANNY SEUNGHWAN HONG an individual, JUKYUNG HONG an individual, CHRISTINA HONG a minor, DONG JIN KIM an individual, JISUN NAM an individual, NAEL KIM a minor, HAEL KIM a minor, DONG SUK KIM an individual, DONNA ALDON an individual, RAYMOND DE GUZMAN an individual, VERONICA ALDON an individual, DUGCHON DAN KIM an individual, YOUNHEE KIM an individual, EDDIE ROCA an individual, NANINE ROCA an individual, MEGAN ROCA FIGG an individual, GREG FIGG an individual, BEATRIZ HERRERA CORSO an individual, JADEN FIGG ROCA a minor, EUN PIL LEE an individual, GERAN KIM an individual, SEUNG HOON RHEE an individual, VICE RHEE a minor, EVIN RHEE a minor, RYAN RHEE a minor, GUMJU YOO an individual, ANNA CHO an individual, ANDREW CHO an individual, HABUM KIM an individual, CHRISTINA KIM an individual, JUN KIM a minor, SUN KIM a minor, HEIDI HWAIL KIM an individual, GYOUNG TAE KIM an individual, JADEN KIM a minor, MINA KIM an individual, KWANG YOU KIM an individual, HO HYUN KIM an individual, JESSICA ERDENBILEG SHINETSET an individual, HANNAH KIM a minor, JANE KIM a minor, HYO G BAE an individual, SHIN NAMKOONG an individual, CAYDEN BAE a minor, ELLIE BAE a minor, HYON KIM an individual, DENNIS SEO an individual, SAMANTHA SEO an individual, WILLIAM SEO a minor, ISABELLA SEO a minor, INOHO SONG an individual, HYEONYEONG GIM an individual, PETER SONG a minor, INSUK KANG an individual, JAE EUN HYUN an individual, EINSOOK KIM an individual,

**CHANG YONG HYUN** an individual, **JANE HYUN** an individual, **JAEWON CHUNG** an individual, **CLAIRE CHUNG** an individual, **AIDEN CHUNG** a minor, **KAIDEN CHUNG** a minor, **JAY YU BIN KIM** an individual, **MARIA KIM** an individual, **JEFF S RUDISEL** an individual, **DAWN RUDISEL** an individual, **JESSICA LORENA SILVA** an individual, **JAYDEN SILVA** a minor, **JESSELLE SILVA** a minor, **JINNIE KIM** an individual, **PETER KIM** an individual, **NICKLAUS KIM** an individual, **HANNAH KIM** an individual, **JISEUNG JUN** an individual, **JUENG JA JUN KIM** an individual, **HEESU JUN** a minor, **JOANNE S CHOI** an individual, **JAE CHOI** an individual, **JOHN C CHUNG** an individual, **REBECCA A CHUNG** an individual, **JONG KYUNG KIM** an individual, **JISOOK KIM** an individual, **JOON SONG** an individual, **WENDY SONG** an individual, **DANIEL SONG** an individual, **JUNG HEE LEE** an individual, **JOHN CHONG LEE** an individual, **JUNG MUN HWANG** an individual, **RYAN S PARK** an individual, **KANG JAMES** an individual, **YOUNG RA KANG** an individual, **KATHRYN FELLER-KISS** an individual, **LORIE KISS** an individual, **ZEPHYR KISS** a minor, **LENNOX KISS** a minor, **HARLOW KISS** a minor, **KEVIN SONG** an individual, **CONNIE EUN-HAE SONG** an individual, **ELEANORE JI-AE SONG** a minor, **KYU SUNG KIM** an individual, **YOUNG SIK** an individual, **SUNG IN KIM** an individual, **HYO IN KIM** an individual, **KYUNG MIN KWON** an individual, **KI YOUNG SONG** an individual, **LENE KWON** a minor, **ELLIOT KWON** a minor, **KYUNGWAN CHO** an individual, **HYUNSOOK CHO** an individual, **LINDA LOUISE PFAUCHT** an individual, **GLEN ALAN PFAUCHT** an individual, **LOVELLA GENER** an individual, **ANTHONY GENER** an individual, **AARON GENER** a minor, **ANDREA GENER** a minor, **AUDREY GENER** a minor, **MARIA CABRERA** an individual, **FRANCISCO CABRERA** an individual, **FRANK CABRERA** a minor, **EMMA CABRERA** a minor, **MARK M KENNEDY** an individual, **BECKY KENNEDY** an individual, **SAM KENNEDY** an individual, **JOHN KENNEDY** an individual, **SARAH KENNEDY** an individual, **MARISSA, KENNEDY** an individual, **MARLENE LOPEZ** an individual, **MIJIN KIM** an individual, **JOON SOO HONG** an individual, **LEAH HONG** a minor, **GIO HONG** a minor, **HYEEUN JOY KIM** an individual, **MIKYEONG LEE** an individual, **KAYLIN PARK** a minor, **KARAM COLLIN PARK** a minor, **MIJEON KIM** an individual, **JEE TAE KIM** an individual, **JANICE KIM** an individual, **BRIAN KIM** an individual, **MIN JEONG KIM** an individual, **HYUNSOO YOO** an individual, **MIN YOO** an individual, **JUSTIN YOO** an individual, **CHRISTINE YOO** an individual, **MIRYE CEVALLOS** an individual, **ARTHURO A CEVALLOS** an individual, **MIAR CEVALLEOS** an individual, **AIRAM CEVALLOS** an individual, **GENEVIEVE IBARRA** a minor, **MOON BAIK** an individual, **JI YEAN BAIK** an individual, **MIN KYU BAIK** an individual, **JEONG MIN LEE** an individual, **ZION BAIK** a minor, **MYUNG SUN KIM** an individual, **JUNGMAN KIM** an individual, **LOIS KIM** an individual, **BODHI KIM** a minor, **MYUNGJIN YOON KIM** an

individual, **JION KIM** an individual, **CHOONG YONG KIM** an individual, **NICOLE LEE** an individual, **CLINT LEE** an individual, **MADISON LEE** a minor, **NOURI I AYOUB** an individual, **ISAM AYOUB** an individual, **LAILA AYOUB** an individual, **MUNA AYOUB** an individual, **OSCAR ARMANDO GUZMAN** an individual, **BEATRIZ GUZMAN** an individual, **NELSON GUZMAN** an individual, **PATRICIA ANGEL MOYA** an individual, **DEBBIE PECZON** an individual, **ALLAN PECZON** an individual, **LUIS MOYA** an individual, **MICHAEL MOYA** an individual, **PAUL H KIM** an individual, **HYUN SUK KIM** an individual, **PAUL LIM** an individual, **JOANNE LIM** an individual, **JANET LIM** a minor, **RENATA KASS** an individual, **AUDRONE MALAKAUSKIENE** an individual, **MONIKA KASS** an individual, **EMILIA KASS** an individual, **ROSA SALINAS** an individual, **JOSE LOPEZ** an individual, **MARIA ESCOBAR DE LOPEZ** an individual, **DYLAN SALINAS** an individual, **EMELY SALINAS** an individual, **SANG SEOK KIM** an individual, **YOUNGJEE CHEON** an individual, **JIWON KIM** an individual, **DARWIN KIM** a minor, **SANG WOO CHOI** an individual, **KIOK CHOI** an individual, **DAVID CHOI** a minor, **ABRAHAM CHOI** a minor, **SEOK KIM** an individual, **KYEONG HEE IM** an individual, **MYEONGJUN KIM** an individual, **SEUNGJUN KIM** an individual, **SEONBYE BONA PARK** an individual, **SILVIA KIM** an individual, **WILLIAM KIM** an individual, **YOUNG BAE KIM** an individual, **KARIS KIM** a minor, **LUKE KIM** a minor, **SOO KYUNG SOHN** an individual, **SUN YOUNG KIM** an individual, **STELLA M SIM** an individual, **JAE CHANG SIM** an individual, **MATTHEW SIM** an individual, **MARK SIM** an individual, **THING MANDEEP** an individual, **KAUR MANDEEP** an individual, **THOMAS KIM** an individual, **SHANGYE KIM** an individual, **KATIE KIM** an individual, **MICHAEL KIM** an individual, **TROY MOON** an individual, **MAI MOON** an individual, **TORI MOON** a minor, **AURI MOON** a minor, **VINCENT JUNG** an individual, **JOO JUNG** an individual, **ESTHER JUNG** an individual, **JOSEPH JUNG** an individual, **WANSU BAXTER** an individual, **WON CHOL YANG** an individual, **KYUNG IH YANG** an individual, **WON PARK** an individual, **BONGSOOK KIM** an individual, **SUNGJIN PARK** an individual, **WONCHUN PARK** an individual, **JULIE CHONG PARK** an individual, **YEH JUNHYUNG** an individual, **MIN OH** an individual, **YONG JAI HONG** an individual, **HYUN JUNG KOO** an individual, **YONG SUK PARK** an individual, **KEUM MI PARK** an individual, **JANELLE PARK** an individual, **JACQUELINE PARK** an individual, **YONGIK HWANG** an individual, **HANGMI KIM** an individual, **INHYEOK KIM** a minor, **INYOUL HWANG** a minor, **YOO JIN LEE** an individual, **RYAN CHUN** an individual, **JAELYN CHUN** a minor, **ETHAN CHUN** a minor, **YOUNG BAE CHO** an individual, **HWAJIN LEE** an individual, **SOON KWANG LEE** an individual, **HAE SOON LEE** an individual, **ASHLEY SONG** an individual, **YUN SOO KIM** an individual, **KYOUNG RA LEE** an individual, **SCOTT KIM** an individual, **ISSAC KIM** an individual, **JOHN KIM** an individual, **JANE YOOSUN**

**KIM** an individual, **EUNICE KIM** an individual, **ALLEYSON PEDON** a minor,